1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRIL VUKOV and RANJIT SINGH,<br><br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES; ROBERT COWAN; JANET NAPOLITANO; ALEJANDRO MAYORKAS; AND UNITED STATES OF AMERICA,<br><br>      Defendants. | CV 11-325 PA (SSx)<br><br>JUDGMENT |

     Pursuant to the Court's January 2, 2013 order dismissing the claims of plaintiff Kiril Vukov ("Vukov") with prejudice and the Court's March 27, 2013 order granting summary judgment in favor of plaintiffs United States Department of Homeland Security, Citizenship and Immigration Services, Robert Cowan, Janet Napolitano, Alejandro Mayorkas, and United States of America (collectively "Defendants") on the claims asserted by plaintiff Ranjit Singh ("Singh"),

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against plaintiffs Vukov and Singh.

. . . .

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Vukov and Singh

2    take nothing and that Defendants shall have their costs of suit.

3    DATED: March 27, 2013

4                                                _____

5                                                        Percy Anderson
                                                 UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28